IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANAREE MUZINICH,<br>Plaintiff,<br><br>v.<br><br>MENARD, INC.,<br>Defendant. | Case No. 18–CV–00517–JPG |

## JUDGMENT

This matter having come before the Court, and the parties having reached a settlement,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Shanaree Muzinich's Complaint against Defendant Menard, Inc. is **DISMISSED WITH PREJUDICE**.


**Dated: 3/3/2021**               **MARGARET M. ROBERTIE**
                                  **CLERK OF COURT**

                                  **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**